# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA DEPARTMENT OF TRANSPORTATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JERRY A. WIESE, DISTRICT JUDGE,
Respondents,
and
FIRST PRESBYTERIAN CHURCH OF LAS VEGAS, D/B/A GRACE PRESBYTERIAN, A NEVADA DOMESTIC NON-PROFIT CORPORATION, AND ITS SUCCESSOR IN INTEREST; AND GRACE PRESBYTERIAN CHURCH, A NEVADA DOMESTIC NON-PROFIT CORPORATION,
Real Parties in Interest.

No. 81275

**FILED**

JUL 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This original petition for a writ of mandamus or prohibition challenges a district court order granting and denying motions for partial summary judgment in an inverse condemnation action.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole

20-26204

discretion in determining whether to entertain a writ petition); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997) (observing that this court generally will not consider writ petitions challenging orders denying summary judgment). In particular, petitioner has an adequate remedy in the form of an appeal from any adverse final judgment. *Pan*, 120 Nev. at 224, 88 P.3d at 841. We therefore

ORDER the petition DENIED.[1]

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Jerry A. Wiese, District Judge
       Attorney General/Carson City
       Attorney General/Transportation Division/Las Vegas
       Law Offices of Brian C. Padgett
       Leach Kern Gruchow Anderson Song/Las Vegas
       Eighth District Court Clerk

---

[1]In light of this disposition, we deny as moot petitioner's July 2, 2020, stay motion.